## ATTACHMENT B

## AFFIDAVIT OF DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT JONATHON RICHARDS

I, Jonathon Richards, being first duly sworn, do hereby depose and state that:

1.      I have been employed by the United States Department of Justice, Drug Enforcement Administration (DEA) as a Special Agent (SA), since April 2023.  Prior to that, I was employed by the Kansas Highway Patrol (KHP) since January 2014. From June 2019 through April 2023, I was a DEA Task Force Officer with the KHP. I have received specialized training relating to the manufacture, distribution, and possession, with the intent to distribute, controlled substances. From my training and experience, I have extensive knowledge of complex illegal drug manufacturing and distribution operation.  I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.      This affidavit is being made in support of a criminal complaint charging Dontrell Anthony POWELL, Willie MURRAY, Jr., Dreshawn POWELL, and Mark Monta LOGAN with the crime of conspiracy to distribute 500 grams more of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846.

3.      I have participated in the investigation of the offense set forth herein. As a result of my personal participation in this investigation, review and analysis of reports provided to me by other law enforcement agents and officers, and on the basis of other information I have received, I am familiar with the facts and circumstances surrounding this investigation.

4.      On January 17, 2024, at approximately 10:00 a.m., the Oklahoma State Highway Patrol (OKSHP) conducted a consensual vehicle encounter of a car hauler located at a Flying J Truck

stop located at 701 S. Morgan Road, Oklahoma City, Oklahoma. The OKSHP received verbal consent to search the vehicles on the car hauler and located approximately one hundred (100) pounds of methamphetamine and two (2) pounds of fake pills believed to contain fentanyl secreted in a subwoofer speaker box in the cargo area of a Dodge Magnum passenger car bearing California license plate 9BEB875. The subwoofer had no electrical wires connected to it. OKSHP investigators conducted a field test of the methamphetamine and received a positive indication for the presence of methamphetamine. Through follow up investigation, it was determined that the driver of the car hauler, Z.B., was not involved in the drug shipment and was simply conducting his normal business of transporting vehicles.

5.      DEA Oklahoma City agents learned that the Dodge Magnum had been dropped off by an unknown female and was billed to a person who provided information identifying himself as William Benford. The vehicle was picked up by the car hauler at 4001 Hallmark Parkway, Kendall, San Bernardino, California, on January 15, 2024, at approximately 6:36 p.m. Central Standard Time, and was set to be delivered to 3106 West Battlefield Road, Springfield, Missouri, which is a business parking lot.

6.      The driver agreed to deliver the Dodge Magnum and cooperate with DEA investigators. On January 17, 2024, DEA investigators began planning a controlled delivery of the Dodge Magnum in Springfield, Missouri. Prior to the controlled delivery, agents removed all controlled substances from the Dodge Magnum except for a representative sample of methamphetamine. Agents placed sham methamphetamine inside the subwoofer box and placed the representative sample of methamphetamine underneath the spare tire.

7.      On January 18, 2024, at approximately 10:00 a.m., the Dodge Magnum was delivered to 3106 West Battlefield Road, Springfield, Missouri, at the direction of DEA agents. Soon after the

Dodge Magnum was delivered and removed from the car hauler, Dontrell POWELL and Dreshawn POWELL arrived in a 2018 Mercedes and parked on the southeast side of a building out of sight of the Dodge Magnum. Dontrell POWELL got out of the Mercedes and walked over and met with the driver of the car hauler, Z.B. While Dontrell POWELL met with Z.B., MURRAY Jr. (driver) and LOGAN (passenger) arrived in a 2023 BMW and parked in a position approximately 130 feet east of the Dodge Magnum.

8.      Dontrell POWELL then got into the Dodge Magnum and attempted to start it. As he did so, agents observed MURRAY, Jr. and LOGAN watching the Dodge Magnum from their position in the BMW. The Dodge Magnum would not start, and agents observed Dontrell POWELL walk toward the BMW, as if he was communicating to MURRAY Jr. or LOGAN. Dontrell POWELL then walked into the business at 3106 West Battlefield Road, Springfield, Missouri, to retrieve jumper cables. Once Dontrell POWELL came back outside with jumper cables, MURRAY, Jr. drove the BMW to the Dodge Magnum, and POWELL, MURRAY Jr., and LOGAN all assisted in jump starting the Dodge Magnum. While Dontrell POWELL, MURRAY Jr., and LOGAN were working on jump starting the Dodge Magnum, Dreshawn POWELL drove the Mercedes to the BMW's previous position.

9.      Based upon my training and experience, I believe MURRAY Jr. and LOGAN were initially conducting counter-surveillance/security for Dontrell POWELL as he took possession of the Dodge Magnum, while Dreshawn POWELL remained at a distance. Once the BMW moved to assist in jump starting the Dodge Magnum, Dreshawn POWELL moved the Mercedes into position in order to take over counter-surveillance/security for pickup of the Dodge Magnum.

10.     When the Dodge Magnum started, the Mercedes (occupied by Dreshawn POWELL) and the BMW (occupied by MURRAY Jr. and LOGAN) followed the Dodge Magnum (occupied by

Dontrell POWELL) out of the parking lot. Agents followed the Dodge Magnum, BMW, and Mercedes as the three vehicles drove in tandem to 2908 West Swan Drive, Springfield, Missouri. The City Utilities account associated with this residence is currently in Dontrell POWELL's name.

11. The Dodge Magnum backed into the garage at the 2908 West Swan Drive, the BMW parked in the driveway, and the Mercedes parked on the curb in front of the residence. Dontrell POWELL, Dreshawn POWELL, MURRAY Jr., and LOGAN all went inside the residence. Based on exigent circumstances, agents made entry into the residence, where they located MURRAY, Jr. and LOGAN in the kitchen, Dontrell POWELL walking in the living room, and Dreshawn POWELL in the living room. All occupants were placed into custody and secured while agents applied for a search warrant.

12. On January 18, 2024, agents executed a federal search warrant at 2908 West Swan Drive, Springfield, Greene County, Missouri (24-SW-2021DPR). During execution of the warrant, agents located the subwoofer box from the Dodge Magnum, which contained the sham methamphetamine, on the kitchen floor in plain view, near where MURRAY Jr. and LOGAN were located at the time agents entered the residence. Agents also located a power screwdriver on the kitchen counter.

13. Agents located the following additional items in the following locations: an AR-15 pistol, .223 ammunition, five (5) high-capacity magazines with ammunition, a money counter, and a large amount (in excess of approximately $100,000) of United States Currency (USC) in the master bedroom; a loaded Glock pistol in the Mercedes; eight (8) cellular phones (five of which were on a couch in the living room, and three of which were in the BMW); a small scale in the kitchen; two (2) shards of crystal methamphetamine inside two large subwoofer boxes in the garage; and four (4) other large subwoofer boxes (three of which were in the garage and one of which was

4

inside the kitchen in close proximity to the subwoofer box containing the sham methamphetamine). All of the subwoofer boxes were in the same condition as the subwoofer box from the Dodge Magnum, with no electrical wires connected to the actual subwoofer. Agents also recovered the representative sample of methamphetamine from the Dodge Magnum.

14.     Based on the facts set forth in this affidavit and my training and experience, I believe that beginning on an unknown date, but at least as early as January 15, 2024, and continuing to on or about January 18, 2024, in the Western District of Missouri, and elsewhere, Dontrell POWELL, MURRAY, Jr., Dreshawn POWELL, and LOGAN conspired with each other, and with others known and unknown, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846.

Further your affiant sayeth naught.

_Jonathon Richards_
Jonathon Richards
Special Agent
Drug Enforcement Administration

Sworn to and subscribed to before me in my presence via telephone on this __19th__ day of January 2024, in the Western District of Missouri.

_David P. Rush_
HONORABLE DAVID P. RUSH
United States Magistrate Judge
Western District of Missouri