*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**          **Date:**     October 9, 2024

**vs.**                               **Case No.:** 24-03019-10-CR-S-BCW

**OSRIC RASHAAD EDWARDS**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Initial Appearance – Indictment

**Time Commenced:**  1:54 p.m.                    **Time Terminated:**  1:58 p.m.

### APPEARANCES

| | |
|---|---|
| **Plaintiff:** | **Jessica Eatmon, AUSA** |
| **Defendant:** | **Josh Roberts, CJA** |
| **USPPTS:** | **Elizabeth Dempsey** |

**Proceedings:**   Parties appear as indicated above.   Defendant appears in person.

Defendant advised of rights. Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order.

Government orally moves for detention.

Arraignment, Detention Hearing and Scheduling Conference set for 10/15/2024 at 10:15 a.m.

Defendant in custody.

**Courtroom Deputy/ERO:**   Karla Berziel