IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-03019-13-CR-S-BCW |
| | ) | |
| CHRISTUFFER ALLEN ROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RECONSIDER DETENTION

**COMES NOW** Defendant, Christuffer Allen Roeder, by and through his attorney, Travis J. Lillie, and respectfully moves this Court to reconsider detention in the above styled cause of action. In support of this motion, counsel states the following:

1. Defendant was arraigned and ordered detained on October 15, 2024.

2. Since this hearing, undersigned counsel has communicated with Defendant's Kansas state court attorney, Amy Ross. These pending state charges and custody status were pertinent in the Court's finding of detention.

3. Ms. Ross advised that the case involving kidnapping and the case involving drugs related to the instant federal charges had both been dismissed and the Defendant was released on those matters. The Defendant does have an open pending domestic charge that he had been released from custody on to inpatient rehab at Hannah's House. There is an active warrant on that matter due to his current custody status in federal court and his missed court appearance. Ms. Ross believes that she could have this warrant recalled if the Defendant was not detained in the instant matter.

4. Defendant is welcome to return to Hannah's House and comply with any release provision required by this Court.

5. Supervision through the United States Probation Office and programming through Hannah's House would mitigate the findings of the Court and ensure that Defendant no longer poses a threat to the community.

**WHEREFORE**, Defendant respectfully prays for an order releasing Defendant.

Respectfully submitted,

HOSMER KING & ROYCE, LLC

By     /s/ Travis J. Lillie
      Travis J. Lillie
      Missouri Bar No. 68635

HOSMER KING & ROYCE, LLC
313 South Glenstone
Post Office Box 1245
Springfield, Missouri 65801
Telephone:    (417) 869-9999
Facsimile:    (417) 869-2099
E-mail:    travis.lillie@hkrlawoffice.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.



       /s/ Travis J. Lillie
       Attorney of Record

HOSMER KING & ROYCE, LLC
313 South Glenstone
Post Office Box 1245
Springfield, Missouri 65801
Telephone: (417) 869-9999
Facsimile: (417) 869-2099
E-mail: travis.lillie@hkrlawoffice.com